UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATINA PAGONES,

                Plaintiff,

      -against-

JEROME D. NOMAKEO,

                Defendant.

**ORDER**

25-CV-00345 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Discovery in this matter ended on August 31, 2025. (Doc. 23). The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on September 30, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on September 30, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to December 19, 2025 and directs that the materials required under both Rules 6(A) and 6(B) shall be submitted by December 19, 2025.

      The case management conference scheduled for October 15, 2025 is adjourned *sine die*.

SO ORDERED:

Dated: White Plains, New York
       October 9, 2025

                                  _____
                                  Hon. Philip M. Halpern
                                  United States District Judge